**Lonnie COBBS, Jr., Petitioner–Appellant,**

v.

**William DUNCAN, Warden, Respondent–Appellee.**

No. 02–16338.

D.C. No. CV–01–20251–JF.

United States Court of Appeals, Ninth Circuit.

Submitted March 10, 2003.*

Decided March 13, 2003.

Before CANBY, O'SCANNLAIN and T.G. NELSON, Circuit Judges.

MEMORANDUM **

Lonnie Cobbs, Jr. appeals pro se the district court's dismissal of his 28 U.S.C. § 2254 petition for a writ of habeas corpus as second or successive. Cobbs seeks to challenge his 1998 California sentence and conviction for robbery. We have jurisdiction pursuant to 28 U.S.C. § 2253. We review the district court's ruling de novo, *see Miles v. Prunty,* 187 F.3d 1104, 1105 (9th Cir.1999), and we affirm.

The district court found that the instant petition challenged the same conviction and sentence as his previous § 2254 petition. The record supports this conclusion. Because the instant petition "raises claims that were or could have been adjudicated on their merits in [the first] petition," the district court properly dismissed the petition pursuant to 28 U.S.C. § 2244(b)(2). *See Cooper v. Calderon,* 274 F.3d 1270, 1272–73 (9th Cir.2001).

To the extent that Cobbs seeks authorization to file a second or successive 28 U.S.C. § 2254 habeas corpus petition in the district court, that request is denied. Cobbs has not made a prima facie showing under 28 U.S.C. § 2244(b)(2). No petition for rehearing of this denial of authorization to file a second or successive petition shall be filed or entertained. *See* 28 U.S.C. § 2244(b)(3)(E).

AFFIRMED.

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.